UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

NO. 3:94-CR-46-1H

UNITED STATES OF AMERICA

v.

SHANE FELLS

ORDER TO SEAL

On motion of the Defendant, Shane Fells, and for good cause shown, it is hereby ORDERED that the **[DE 598]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 23rd day of August, 2016.

MALCOLM J. HOWARD
Senior United States District Judge